Case 4:20-cr-00456   Document 1   Filed on 09/14/20 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

9/14/2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 20-456 |
| v. § | |
| § | Count 1: 18 U.S.C. § 1343 |
| ROBERT ANDREW BISHOP, § | (Wire Fraud) |
| Defendant. § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

### Wire Fraud

### 18 U.S.C. § 1343

From on or about January 9, 2019, within the Southern District of Texas,

**ROBERT ANDREW BISHOP,**

did knowingly devise and intend to devise a scheme and artifice to defraud Independent Professional Management, LLC (IPM) by means of materially false and fraudulent pretenses and representations, namely by causing Gulf Coast Bank, located in Louisiana, to complete a wire transfer of money funds to IPM in Houston Texas that he then converted to his own use by submitting a falsified "Borrowing Base Report" indicating that IPM had $3,888,237.22 in accounts receivable when in fact IPM had $2,822,065.46 in accounts receivable, causing these funds to be transmitted from Gulf Coast Bank's computer servers in Louisiana to IPM's bank accounts and computer servers located in Houston, Texas, in interstate commerce in furtherance of executing the scheme.

In violation of Title 18, United States Code, Section 1343.

## NOTICE OF CRIMINAL FORFEITURE

## (18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States gives notice that upon Defendant's conviction of any wire fraud offense charged in this Information, the United States will seek forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of any wire fraud offenses charged in this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

RYAN K. PATRICK
United States Attorney

By:   *Thomas H. Carter*
Thomas Heyward Carter
Assistant United States Attorney
713-567-9470